NEDRA RUÍZ, SBN 72474
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for Defendant
STEPHEN McELWEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR S-03-283 FCD |
| v. | REQUEST FOR ORDER REQUIRING PRESENCE OF DEFENDANT IN COURT FOR SENTENCING FEBRUARY 6, 2006 |
| STEPHEN McELWEE, | |
| Defendant. | "AS MODIFIED" |

I, Nedra Ruiz, do hereby declare as follows:

I am an attorney licensed to practice law in the State of California and I am admitted to practice in the Eastern District of the United States District Court.

In the above-entitled action, I represent defendant Stephen McElwee, defendant.

Mr. McElwee is currently incarcerated at Lompoc Federal Correctional Institute, at 3600 Guard Road in Lompoc, California.

Mr. McElwee is scheduled to be sentenced before the Honorable Frank C. Damrell, Jr., in the U.S. District Court, 501

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

"I" Street, Sacramento, California on February 6, 2006 at 8:30 a.m.  The proceedings are of critical importance, and Mr. McElwee must be present.

    The foregoing is declared under penalty of perjury this fifteenth day of December, 2005, in the City and County of San Francisco, California.

                             /s/ Nedra Ruiz
                             NEDRA RUIZ
                             Attorney for Defendant
                             STEPHEN McELWEE

ORDER

    IT IS HEREBY ORDERED that the United States Marshall is hereby ordered to take custody of Stephen McElwee, Fed. Reg No. 14543-097 and inmate at Lompoc Federal Correctional Institute, located at 3600 Guard Road, and transport Stephen McElwee to the U.S. District Court, 501 "I" Street, Sacramento, California no later than February 1, 2006, so that he and his counsel can prepare for sentencing before this court on February 6, 2006, at 9:30 a.m.

Dated: December 20, 2005

                             /s/ Frank C. Damrell Jr.
                             U.S. DISTRICT COURT JUDGE

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331